Hi your honor This is mr. Tony Jelks and am presenting you with my Appeal/Time Reduction paperwork to get This into the right hands, I've sent This same paperwork march, 7 of This year and IT has not reached the destination hopefully This reaches you in Time so I can move forward with This process.

Also, I was wondering If you could execute my State time so I can begin my Federal Time I've completed some programming and am in education so I can better myself mentally, an being That I'm not getting MRRA I would Think That going to Federal prison would be best for me so I can get the right programming while I'm There cause I want to utilize my Time wisley to get out a better father so my kids won't make the same poor decision I've made.

Please Take This into consideration
Thank you for your Time + patience

mr. Tony Jelks
old# 263102

RECEIVED BY MAIL
APR 11 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

SCANNED
APR 11 2025 CK
U.S. DISTRICT COURT ST. PAUL